



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00813-CR

Quan A. **TRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR9060
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:　　Catherine Stone, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Sandee Bryan Marion, Justice

Delivered and Filed:　December 1, 2010

DISMISSED

　　Appellant has filed a motion to dismiss his appeal.  The motion is granted, and this appeal

is dismissed.  *See* TEX. R. APP. P. 42.2(a).

　　　　　　　　　　　　　　　　　　PER CURIAM

DO NOT PUBLISH